NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                                             |   |                        |
|---------------------------------------------|---|------------------------|
| GWENDOLYN G. WILLIS,                        |   |                        |
|                    Plaintiff,               |   | Civ. No. 02-2611 (SRC) |
|          v.                                 |   |                        |
|                                             |   | **OPINION**            |
| GOLDEN JIMMY, INC., et al.,                 |   |                        |
|                    Defendant.               |   |                        |

**CHESLER**, District Judge

    This matter comes before the Court upon Plaintiff's Motion for Default Judgment as to Defendant James Williams [docket # 31], and the Report and Recommendation [docket # 33] issued by United States Magistrate Judge Tonianne J. Bongiovanni pursuant to 28 U.S.C. § 636(b)(1).

    28 U.S.C. § 636(b)(1) states that any party may object to a Magistrate Judge's Report and Recommendation within ten days of being served with a copy. The statute further states that a judge of the court shall make a de novo determination of the magistrate judge's Report and Recommendation, and may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.

    Magistrate Judge Bongiovanni issued a recommendation that Judgment be entered in favor of the Plaintiff in the amount of $35,309.77 on August 4, 2005. As of this date, the Court has received no objections to Judge Bongiovanni's Report and Recommendation. The Court has thoroughly considered the record and the papers submitted thus far in this matter and is satisfied

that indeed, Judge Bongiovanni's recommendation is correct and proper.  Therefore, the Court will adopt the Report and Recommendation in full.

For the foregoing reasons, the Report and Recommendation issued by Magistrate Judge Bongiovanni is hereby adopted, and Defendant's Motion for Default Judgment will be granted. The Court will enter an appropriate Order.

_____s/_____<br>
Stanley R. Chesler, U.S.D.J.

DATED:  August 30, 2005